UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BONNYVIEW MUSIC CORP.,

    Plaintiff(s),

  v.

KOFFEE POT ASSOCIATES CORP., et al.,

    Defendant(s).

Case No. C06-723P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **August 30, 2006.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

Filed this 26th day of July, 2006.

                          BRUCE RIFKIN, Clerk

                          By     /s Mary Duett
                          Deputy Clerk